**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | |
|---|---|
| ROBert FORD, et al., individually and on behalf of other similarly situated persons,<br><br>   Plaintiffs,<br>v.<br><br>FIDELITY BANK, N.A.,<br><br>   Defendant | Case No. 20-cv-02553-JWB-JPO |

**JOINT NOTICE OF SETTLEMENT
AND MOTION TO VACATE CASE DEADLINES**

Plaintiffs Robert Ford and Heather Ford ("Plaintiffs") and Defendant Fidelity Bank, N.A. ("Fidelity") respectfully notify the Court that the parties have settled this case and are undertaking the remaining steps to finalize their settlement. The parties intend to file a notice dismissal promptly upon full execution of the settlement agreement, and respectfully request that they be given 30 days to do so.

Accordingly, Plaintiff and Fidelity respectfully request that the Court vacate all pending case deadlines to enable the parties to finalize their settlement agreement. The parties will file a stipulation of dismissal no later than April 26, 2021.

Dated: March 26, 2021.                                              Respectfully submitted,

| | |
|---|---|
| **LEWIS RICE, LLC** | **STUEVE SIEGEL HANSON LLP** |
| */s/ Thomas M. Martin* | */s/ Michael R. Owens* |
| Thomas M. Martin | Bradley T. Wilders  KS #78301 |
| Joseph E. Bant | Michael R. Owens  KS #26747 |
| 1010 Walnut, Suite 500 | 460 Nichols Road, Ste. 200 |
| Kansas City, MO 64106 | Kansas City, Missouri 64112 |
| Tel: 816-472-2525 | Tel: 816-714-7100 |
| tmmartin@lewisricekc.com | wilders@stuevesiegel.com |
| jebant@lewisricekc.com | owens@stuevesiegel.com |
| | |
| *Attorneys for Defendant Fidelity Bank, N.A.* | **SNYDER LAW FIRM LLC** |
| | Paul D. Snyder   KS #14537 |
| | Karen E. Snyder KS #15424 |
| | Snyder Law Firm, LLC |
| | 10995 Lowell Ave, Ste 710 |
| | Overland Park, KS 66210 |
| | Tel: 913-685-3900 |
| | psnyder@snyderlawfirmllc.com |
| | ksnyder@snyderlawfirmllc.com |
| | |
| | *Attorneys for Plaintiffs and the Proposed Class* |

\* \* \*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this March 26, 2021, I electronically filed the foregoing document with the Court's CM/ECF system, which will serve electronic notice of the same to all counsel of record.

/s/ *Michael R. Owens*
Attorney for Plaintiffs